UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case Number: 23-14110-CIV-MARTINEZ-MAYNARD

NJC GUIDE SERVICE, LLC,
a Maryland Limited Liability Company,

    Plaintiff,

v.

SONIC BOATWORKS LLC,
a Florida Limited Liability Company,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THE MATTER** was referred to the Honorable Shaniek Mills Maynard, United States Magistrate Judge, for a Report and Recommendation on Plaintiff's Motion for Entry of Default Final Judgment (the "Motion"), (ECF No. 8.) Judge Becerra filed a Report and Recommendation in which she recommended that the Motion be granted, and that Plaintiff be awarded $47,680.00 from Defendant, (ECF No. 10 at 8.) This Court has reviewed the record and notes that no objections have been filed, and the time to do so has passed.

Accordingly, after careful consideration, it is **ADJUDGED** that Judge Maynard's Report and Recommendation, (ECF No. 10), is **AFFIRMED** and **ADOPTED**.

Accordingly, it is **ORDERED AND ADJUDGED** that:

1. The Motion, (ECF No. 8), is **GRANTED** as set forth in the Report and Recommendation.

2. Plaintiff shall be awarded **$47,680.00** in damages against Defendant Sonic Boatworks LLC.

3. Final default judgment will be entered by separate order.

4. Plaintiff shall immediately send a copy of this Order to Defendant and file a certificate of service on the record.

5. This case is **CLOSED**, and all pending motions are **DENIED** as **MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 20 day of October 2023.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Maynard
All Counsel of Record